Certificate Number: 02114-MA-DE-014629355

Bankruptcy Case Number: 1140647

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 04/23/11, at 04:55 o'clock PM EST, Catherine Cjg Goodwin completed a course on personal financial management given by Internet by CredAbility, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District Of Massachusetts.

Title: __Director of Education__                                     Date: __04.23.11__

By: __/s/Mechel Glass__